UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTINE D. HAUCK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PHILLIP D. WALKER, et al.,<br><br>　　　　　Defendants. | CASE NO. C13-5729 BHS<br><br>ORDER APPOINTING COUNSEL<br>AND DEFFERING RULING |

　　This matter comes before the Court on Defendants Robert Anderson, Garry Lucas, and Phillip D. Walker's ("Defendants") motion to compel plaintiff's deposition and plaintiff's responses to defendants' written discovery requests (Dkt. 51); and Plaintiff Christine Hauck's ("Hauck") numerous responses.

　　On November 13, 2013, the Court denied Hauck's motion to appoint counsel concluding that she "should be able to articulate her claims." Dkt. 5 at 2. The Court also stated that "[i]f the circumstances change or the Court finds that Plaintiff requires the assistance of counsel, the Court may reconsider this decision." *Id*. Upon review of the record, the Court concludes that the assistance of counsel may help resolve the discovery disputes as well as the narrowing of issues for trial. Therefore, the Court will appoint

ORDER - 1

counsel for Hauck.  The Clerk shall identify an attorney or law firm from the Court's Pro Bono Panel to represent Hauck, preferably an attorney or firm located in south western Washington.

Regarding Defendants' discovery motions, the Court will defer ruling until a motion for costs or calculation of damages.  The Clerk shall remove the motions from the Court's calendar, and Defendants shall remind the Court of the outstanding bills at the appropriate time.

**IT IS SO ORDERED**.

Dated this 8th day of August, 2017.

BENJAMIN H. SETTLE
United States District Judge