UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTINE D. HAUCK,<br><br>        Plaintiff,<br><br>   v.<br><br>PHILLIP D. WALKER,<br><br>        Defendant. | CASE NO. C13-5729 BHS<br><br>ORDER STRIKING TRIAL, DISMISSING COMPLAINT FOR FAILURE TO PROSECUTE AND FOLLOW COURT ORDERS, AND REVOKING PLAINTIFF'S *IN FORMA PAUPERIS* STATUS |

This matter comes before the Court on Plaintiff Christine Hauck's failure to respond to the Court's order to show cause.

On May 17, 2018, the Court issued a show cause order regarding Hauck's failure to participate in pretrial matters, failure to file pretrial materials, and repeated failures to participate in necessary aspects of the proceeding. Dkt. 126. Upon review of the file, Hauck has an extensive history of abdicating her legal responsibilities. For example, Defendant has filed numerous motions requesting either sanctions or dismissal for Hauck's failure to participate in discovery, including failing to appear for scheduled depositions on multiple occasions. The Court has also issued orders requiring cooperation by Hauck or the Court would dismiss her remaining claim. *See* Dkt. 65

(order to show cause regarding Hauck's failure to participate in discovery). The Court appointed an attorney to assist Hauck, which proved fruitful until communications broke down and the attorney moved to withdraw.

In light of this history, the Court provided Hauck one final opportunity to cooperate before imposing the ultimate sanction. The Court requested a response by May 22, 2018. Dkt. 126. The Court warned Hauck that failure to respond would result in dismissal of her claims. *Id*. Hauck did not respond. Therefore, the Court **DISMISSES** Hauck's remaining excessive force claim. The Clerk shall strike the pretrial conference and the trial date and close this case. Hauck's *in forma pauperis* status is **REVOKED** for purposes of appeal.

**IT IS SO ORDERED**.

Dated this 23rd day of May, 2018.

BENJAMIN H. SETTLE
United States District Judge